UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:02-CR-228-T-30AEP

ANGEL NERI ESTRADA-TELLO, *et al.*
_____/

**ORDER**

THIS CAUSE is before the Court *sua sponte*. Pursuant to 28 U.S.C. § 455(a), I find it necessary to disqualify myself from any further proceedings in this case because while employed by the United States Attorney's Office for the Middle District of Florida, I was one of the assigned government attorneys to the case. The Clerk is directed to reassign this case to another magistrate judge.

IT IS SO ORDERED at Tampa, Florida on April 11, 2017.

ANTHONY E. PORCELLI
United States Magistrate Judge